IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MELANIE R. BOX,**

    Plaintiff,

v.

**ANDREW SAUL,**
Commissioner, Social Security Administration,

    Defendant.

No. 3:18-cv-1629-MO

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d)

MOSMAN, J.,

Based upon the Plaintiff's unopposed Petition [27] for Fees per Equal Access to Justice Act, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act in the amount of four thousand four hundred ninety-one dollars and thirty-eight cents ($4,491.38). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), this award is subject to the United States Department of the Treasury's Offset Program. Any award shall be payable to Plaintiff, except that if the Commissioner determines that Plaintiff's award is not subject to the Treasury's Offset Program, the award shall be payable to Plaintiff's counsel: George Wall. Payment shall be delivered to Plaintiff's counsel at George Wall, 825 NE 20th Ave., Ste. 330, Portland, Oregon 97232.

DATED this 6th day of September, 2019.

                                                  MICHAEL W. MOSMAN
                                                Chief United States District Judge

1 – ORDER